UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

WESTLEY NEAL,

                                                          Plaintiff,

-against-

CITY OF NEW YORK, ARTHUR TRUSCELLI, Individually, ANTHONY MASSONI, Individually, ANDREY SMIRNOV, Individually, PHILIP VACCARINO, Individually, DAVID LUPPINO, Individually, and JOHN and JANE DOE 1 through 10, Individually (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                                        Defendants.

------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-3869 (SLT) (VVP)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
\_\_\_2/24\_\_\_, 2015

LEVENTHAL & KLEIN, LLP
*Attorneys for Plaintiff*
45 Main Street, Suite 230
New York, NY 11201

By: \_\_\_\_\_*/s/ Brett H. Klein*\_\_\_\_\_
Brett H. Klein
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Truscelli, Massoni and Smirnov*
100 Church Street, 3rd Floor
New York, New York 10007

By: \_\_\_\_\_*/s/ Daniel Braun*\_\_\_\_\_
Daniel M. Braun
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015